UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PADEN EL BEY: TIFFANY,<br><br>    Plaintiff<br><br>v.<br><br>HOCHSCHILD ROGER C, et al.<br><br>    Defendants. | Case No. 2:23-cv-00392-GMN-NJK<br><br>**ORDER** |

    Plaintiff filed a billing error notice on the docket. Docket No. 6. "Local Rule 7–2 of the Local Rules of Civil Practice permits the filing of a motion, a response, and a reply. A document not allowed by Local Rule 7–2, or otherwise permitted by order of this Court, is a fugitive document and must be stricken from the record." *Reiger v. Nivens*, No. 3:12-cv-00218-MMD-VPC, 2014 WL 537613, *3 (D. Nev. 2014). Plaintiff's filing is not a motion, response, or reply. The filing also contains unredacted financial account information and, therefore, fails to comply with the requirements of Federal Rule of Civil Procedure 5.2(a)(4). *See* Docket No. 6 at 2, 6, 11, 15-18.

    Accordingly, the Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 6 and return the documents to Plaintiff forthwith.

    IT IS SO ORDERED.

    Dated: March 21, 2023

                                                            Nancy J. Koppe<br>
                                                           United States Magistrate Judge