UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PADEN EL BEY: TIFFANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOCHSCHILD ROGER C, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00392-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

  Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915. Docket No. 10. The Court found that Plaintiff's complaint was deficient. *Id.* at 3-4. As a result, the Court dismissed Plaintiff's complaint and granted Plaintiff leave to amend the complaint, requiring that an amended complaint be filed no later than June 19, 2023. *Id.* at 5. The Court indicated that "**[f]ailure to comply with this order will result in the recommended dismissal of this case**." *Id.* (emphasis in original). To date, the Court has not received an amended complaint or any request to extend the deadline for filing one.

  Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

  Dated: August 18, 2023

                      _____
                      Nancy J. Koppe
                      United States Magistrate Judge

## NOTICE

  This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and

1

1  recommendation must file a written objection supported by points and authorities within fourteen
2  days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file
3  a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951
4  F.2d 1153, 1157 (9th Cir. 1991).